## DOYLE v GUARDIAN TRUST CO

Ohio Appeals, 8th Dist, Cuyahoga Co

No 9967. Decided May 13, 1929

Gerald A Doyle, Cleveland, for Doyle.
Rocker & Schwartz, Cleveland, for Trust Co.

**VICKERY, PJ.**

Now can the judgment of a court be defeated by a mere statement which at best would be but a **conclusion** that the Guardian Trust Company did not own this note, without setting up any of the circumstances or reasons why, and even if that was so, what would it avail Doyle, if he had no defense against whom he claims was the real party owning this note. We think, in order to avail himself of any right to have this judgment vacated, it was his duty to file an answer setting up why the Guardian Trust Company was not the real party in interest, giving facts and circumstances and alleging that it was a mere sham, that the Guardian Trust Company was acting in collusion with Rosenthal to recover a judgment against Doyle when Rosenthal could not himself collect because there was some defense against Rosenthal. But none of this having been set up, we do not see in what way the court could have done differently than it did do There was nothing before the court that would warrant it in setting aside or vacating the judgment because there was no indication, either by pleading or by evidence that there was any real defense to this paper, and it being commercial paper and indorsed in blank and in the possession of the Guardian Trust Company, the Guardian Trust Company for all intents and purposes was the real party in interest and could maintain this suit.

We, therefore, think the court below was right in refusing to open up this judgment and committed no error in not so doing.

The judgment of the court below will, therefore, be affirmed.

Sullivan and Levine, JJ, concur.